UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JEANNETTE SIMPKINS,**

**Plaintiff,**

v.

**JACOBS ENGINEERING GROUP, INC.,**

**Defendant.**

Case No. 1:19-cv-00447

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Jacobs Engineering Group, Inc., by counsel, hereby files its Notice of Removal of this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Defendant bases its removal on the following grounds:

1. On January 15, 2019, Plaintiff Jeannette Simpkins, filed an action against Defendant in the Superior Court for the District of Columbia, captioned *Jeannette Simpkins v. Jacobs Engineering Group, Inc.,* No. 2019 CA 000259 B. A copy of the Complaint and Summons are attached hereto and marked as Exhibit A and B, respectively.

2. Defendant was served with the Complaint and Summons on January 24, 2019, and has timely filed this removal within thirty (30) days in accordance with 28 U.S.C. § 1446(b)(3) ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

3. True and correct copies of any other court documents filed in the Superior Court for the District of Columbia are attached here to as Exhibit C.

4. This is an action to recover damages for alleged violations under the District of Columbia Human Rights Act. According to the Complaint, Plaintiff seeks compensatory damages in the amount of $850,000 for front and back pay, mental anguish, and pain and suffering, as well as punitive damages in the amount of $1.2 million.

5. Removal of this action is appropriate because diversity jurisdiction exists under 28 U.S.C. § 1332. Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum of $75,000. Plaintiff is a citizen of Maryland (*See* Ex. A, Complaint, ¶1). Defendant Jacobs Engineering Group, Inc. is a Delaware corporation organized with its corporate headquarters located in Dallas, Texas. (Ex. D, Declaration of Stan Burgett at ¶ 4.) For purposes of analyzing diversity jurisdiction, Defendant is a corporate citizen of the states of Delaware and Texas.

6. Concurrent with the filing and service of this Notice of Removal, Defendant has served a Notice of Filing Notice of Removal on Plaintiff, and has filed such Notice with the Clerk of Court for the Superior Court for the District of Columbia. *See* Defendant's Notice of Filing Notice of Removal attached hereto as Exhibit E.

WHEREFORE, Defendant files this Notice of Removal so that the entire court action under Civil Action Number 2019-CA-000259B now pending in the Superior Court for the District of Columbia is removed to this Court for all further proceedings.

Dated:  February 22, 2019			Respectfully submitted,


					  */s/ Robert R. Niccolini*
					Robert R. Niccolini, DC Bar No. 1000251
					1909 K Street, N.W., Suite 1000
					Washington, D. C.  20006
					Tel:  (202) 887-0855
					Fax:  (202) 887-0866
					*robert.niccolini@ogletreedeakins.com*

					*Attorney for Jacobs Engineering Group, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true copy of the foregoing was electronically filed via the Court's ECF filing system on this 22nd day of February, 2019, with a copy served by United States mail, postage prepaid to:

>Yaida O. Ford, Esq.
>FORD LAW PROS P.C.
>10 G Street, N.E., Sixth Floor
>Washington, DC 20002
>Tel:  (202) 792-4946
>yford@fordlawpros.com
>
>*Counsel for Plaintiff*

>>*/s/ Robert R. Niccolini*
>>Robert R. Niccolini

37288607.1